# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00374-RJC-DSC

| | |
|---|---|
| NIKE USA, INC., | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| WDP SOCCER et. al., | ) |
| | ) |
|        **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Dale W. Brown]" (document # 44) filed July 12, 2018. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: July 12, 2018

_____
David S. Cayer
United States Magistrate Judge